# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

JAUCELL DUVON BRITT,

     Plaintiff

v.

,

     Defendants

Case No.: 3:21-cv-00139-MMD-WGC

**Order**

Re: ECF No. 1, 1-1

Plaintiff has filed a bank application to proceed in forma pauperis (IFP) (ECF No. 1), as well as a blank civil rights complaint (ECF No. 1-1). There is a single page following the blank complaint that states that when he was in the Washoe County jail, Plaintiff suffered an injury, breaking both wrists and pulling a muscle, and also had an aneurism in the back of his head and multiple strokes. He states to contact him for more information. (ECF No. 1-3.)

Preliminarily, the Local Rules of Practice for the District of Nevada provide: "Any person who is unable to prepay the fees in a civil case may apply to the court for authority to proceed *in forma pauperis* (IFP). The application must be made on the form provided by the court and must include a financial affidavit disclosing the applicant's income, assets, and liabilities." LSR 1-1.

Plaintiff's complaint was not accompanied by a completed IFP application or the $402 filing fee (consisting of the $350 filing fee and $52 administrative fee).

In addition, the Federal Rules of Civil Procedure govern civil lawsuits filed in federal court. Under those rules, an action is commenced by the filing of a civil complaint which identifies the defendants (the persons or entities you are suing) and sets forth allegations that

indicate the action each defendant engaged in that you claim violated your rights, and which rights you claim were violated.

The blank IFP application Plaintiff submitted (ECF No. 1) is **DENIED WITHOUT PREJUDICE.**The Clerk shall **SEND** Plaintiff a copy of the instructions and application to proceed IFP for a non-prisoner, as well as the form 1983 civil rights complaint, and non-inmate advisory letter.

Plaintiff has **30 days** from the date of this Order to either file his completed IFP application or pay the full $402 filing fee, and to file a completed civil rights complaint on the form the Clerk sends. If Plaintiff files his completed IFP application and completed civil rights complaint, the court will screen the complaint under 28 U.S.C. § 1915(e)(2)(B), which requires dismissal of a complaint, or any portion thereof, that is frivolous or malicious, fails to state a claim upon which relief may be granted, or seeks monetary relief against a defendant who is immune from such relief.

If Plaintiff fails to timely file a completed IFP application or pay the filing fee and file a completed civil rights complaint, this action will be dismissed without prejudice.

**IT IS SO ORDERED**.

Dated: April 8, 2021

William G. Cobb
United States Magistrate Judge